## 47878. WITT v. THE STATE.

DEEN, Judge. This court having, in *Witt v. State,* 128 Ga. App. 645 (197 SE2d 401) affirmed the judgment of conviction of the trial court in this case and the Supreme Court having reversed this court in 231 Ga. 4, the judgment of this court is herewith vacated and the judgment of conviction of the trial court is reversed.

*Judgment reversed. Bell, C. J., Hall, P. J., Eberhardt, P. J., Pannell, Quillian, Evans, Clark and Stolz, JJ., concur.*

DECIDED OCTOBER 5, 1973.

*Robert E. Andrews,* for appellant.

*Jeff C. Wayne, District Attorney, Robert W. Lawson, Jr.,* for appellee.